STATE OF NEW JERSEY v. JUAN FIGUEROA.

February 19, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. JULIO SEPULVEDA.

February 19, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. MICHAEL KIPE.

February 19, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. GUY P. HOYT, JR.

February 19, 1982.

Petition for certification denied.